UNITED STATES BANKRUPTCY COURT
Northern District of Illinois . Western Division

IN RE:                                                    CHAPTER 13

ROBERT J. ACKERMAN, III                                   CASE NO. 13-81419

**NOTICE OF FINAL CURE PAYMENT AND COMPLETION OF PLAN PAYMENTS**

Pursuant to Federal Bankruptcy Rule 3002.1(f), the Chapter 13 Trustee, Lydia S. Meyer, files Notice that the amount required to cure the default in the below claim has been paid in full and the debtor has completed payments under the Plan.

**Name of creditor:**   Shellpoint Mortgage Servicing            **Court claim #: 2**

**Last four digits** of any number used to identify the debtor's account: 0196

| *Final Cure Amount* | |
|---|---|
| Amount of Prepetition Arrears | $19,710.13 |
| Amount Paid by Trustee | $19,710.13 |

| *Monthly ongoing Mortgage Payment* | |
|---|---|
| Mortgage is paid: | |
| ☐  Thru the Chapter 13 Plan | ☒  Direct by Debtor(s) |

Within 21 days of the service of this Notice, the creditor **MUST** file and serve a Statement as a supplement to the holders' proof of claim on the debtor, debtor's counsel and the trustee, pursuant to Federal Bankruptcy Rule 3002.1 (g), indicating: 1) whether it agrees that the debtor has paid in full the amount required to cure the default and 2) whether the debtor is otherwise current on all payments consistent with 11 USC ¶1322(b)(5).

Dated:  6/13/18                         /s/Lydia S. Meyer
                                        Lydia S. Meyer, Trustee
                                        308 W. State St., Suite 212
                                        Rockford, IL  61101

Certificate of Service
   I hereby certify that a copy of this Notice of Final cure Payment and Completion of Plan Payments was served on the parties listed below by ordinary US Mail or served electronically through the Court's ECF System at the email address registered with the Court on this 13th Day of June, 2018

Dated:  6/13/18                         /s/Cynthia K. Burnard

SHELLPOINT MORTGAGE SERVICING
PO BOX 10675
GREENVILLE, SC 29603-0675

CITIMORTGAGE INC.
PO BOX 183040
COLUMBUS, OH  43218-3040

CODILIS & ASSOCIATES P C
BANKRUPTCY DEPARTMENT
15W030 N FRONTAGE RD SUITE 100
BURR RIDGE, IL 60527

DANA O'BRIEN
C/O PIERCE & ASSOCIATES, P.C.
1 N. DEARBORN ST. STE. 1300
CHICAGO, IL 60602

ROBERT J. ACKERMAN, III
814 W. RINGWOD ROAD
MCHENRY, IL  60051

THE LAW OFFICES OF ANDREW YOURA, LLC
ATTORNEY ANDREW YOURA
208 N. WEST STREET, SUITE 100
WAUKEGAN, IL  60085